**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICKY FARACE,                                    CASE NO: 6:17-cv-00474-RBD-GJK

      Plaintiff,

v.                                               **NOTICE OF SETTLEMENT**

CITIBANK, N.A.,

      Defendant.

_____/

      Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

      RESPECTFULLY SUBMITTED,

Date: June 12, 2017                              By: /s/ Sharina T. Romano
                                                 Sharina T. Romano, Esq.
                                                 Florida Bar No.: 65501
                                                 HYSLIP & TAYLOR, LLC, LPA
                                                 1100 W. Cermak Road, Suite B410
                                                 Chicago, Illinois 60608
                                                 (P) 904-853-3050
                                                 (F) 312.361.3509
                                                 (E) sharina@fairdebt411.com
                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Andrew Moritz
Director & Associate General Counsel
Consumer Litigation
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL  32259

s/ Sharina T. Romano